IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON JOSEPH GRUBER, | No. C 05-0461 SBA |
| Plaintiff. | **ORDER** |
| v. | |
| CITY OF SOUTH SAN FRANCISCO, et al., | |
| Defendants. | |

Good cause appearing,

IT IS HEREBY ORDERED THAT the Case Management Conference originally scheduled for **August 23, 2005 at 12:30 p.m.** is VACATED. The parties shall appear for a <u>telephonic</u> Case Management Conference on **Wednesday, November 9, 2005 at 3:15 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: <u>August 9</u>, 2005

_____
Saundra Brown Armstrong
United States District Judge