DIANA L. WEISS (SBN 121150)
Law Office of Diana L. Weiss
1563 Solano Avenue Suite 223
Berkeley, CA 94707
Telephone: (510) 847-1012
Facsimile:  (510) 525-1321

Attorney for Plaintiff
JASON GRUBER


Kimberly E. Colwell (SBN:  127604)
Tricia L. Hynes (SBN:  212550)
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone:  (510) 808.2000
Facsimile:    (510) 444.1108

Attorneys for Defendant
CITY OF SOUTH SAN FRANCISCO and OFFICER MICHAEL RUDIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON JOSEPH GRUBER,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SOUTH SAN FRANCISCO, OFFICER MICHAEL RUDIS, DOES 1-20,<br><br>　　　　　　　Defendants. | Case No:   C 05 0461 SBA<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>State Court Complaint Filed:  November 23, 2004<br>Service Effective: January 20, 2005<br>Trial Date:  February 5, 2006 |

Diana Weiss, attorney for plaintiff Gruber, and Tricia Hynes, attorney for defendants City of South San Francisco and Officer Rudis, do hereby agree and stipulate that:

    1) Plaintiff Jason Gruber shall Dismiss this action with Prejudice;

    2) Defendants City of South San Francisco and Officer Rudis have agreed that in exchange for Plaintiff's dismissal with prejudice, they shall waive any and all rights to reimbursement for all costs and fees associated with this action.

IT IS SO STIPULATED

Dated: July 5, 2006        LAW OFFICES OF DIANA L. WEISS

By: _____/s/_____
     Diana L. Weiss, attorney for
PLAINTIFF JASON GRUBER

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____/s/_____
     Tricia L. Hynes
Attorneys for Defendants
CITY OF SOUTH SAN FRANCISCO and OFFICER MICHAEL RUDIS

IT IS SO ORDERED:

Dated: July 6, 2006        *Saundra B. Armstrong*
                             Honorable Saundra B. Armstrong, U.S. District Court Judge

834629_1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28